1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  KEVIN J. BARRY (CABN 229748)
   Assistant United States Attorney
6
      450 Golden Gate Avenue, Box 36055
7     San Francisco, California  94102
      Telephone:    (415) 436-6840
8     Facsimile:    (415) 436-7234
      Email: kevin.barry@usdoj.gov
9
   Attorneys for Plaintiff
10

11                      UNITED STATES DISTRICT COURT

12                      NORTHERN DISTRICT OF CALIFORNIA

13                           SAN FRANCISCO DIVISION

14

15  UNITED STATES OF AMERICA,        )   No. CR 09-0158 MHP
                                     )
16        Plaintiff,                 )
                                     )
17     v.                            )   STIPULATION AND [PROPOSED] ORDER
                                     )   EXCLUDING TIME UNDER 18 U.S.C. § 3161
18  HILBER HERNANDEZ-GOMEZ,          )
                                     )
19        Defendant.                 )
                                     )
20

21      On April 6, 2009, the parties in this case appeared before the Court for the defendant's

22  initial appearance in federal district court on an Indictment. At that time, the parties requested,

23  and the Court agreed, to set the date for a further status conference and trial setting for May 4,

24  2009, at 10:00 a.m. The parties also agreed to exclude for this period of time any time limits

25  applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would

26  allow the reasonable time necessary for effective preparation of counsel, including review of

27  discovery recently produced to the defendant. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties

28  also agreed that the ends of justice served by granting such an exclusion of time outweighed the

STIP. & [PROPOSED] ORDER EXCL.TIME
CR 09-0158 MHP                                                                                    1

1 best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). At
2 the hearing, the Court made findings consistent with this agreement.

4 SO STIPULATED:
                                              JOSEPH P. RUSSONIELLO
5                                             United States Attorney

7 DATED: April 10, 2009                       _____/s/_____
                                              KEVIN J. BARRY
8                                             Assistant United States Attorney

10 DATED: April 10, 2009                      _____/s/_____
                                              LOREN G. STEWART
11                                            Attorney for HILBER HERNANDEZ-GOMEZ

13                                 [PROPOSED] ORDER

14       For the reasons stated above and discussed at the April 6, 2009 hearing, the Court finds
15 that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from
16 April 6, 2009 through May 4, 2009 is warranted and that the ends of justice served by the
17 continuance outweigh the best interests of the public and the defendant in a speedy trial. 18
18 U.S.C. §3161(h)(7)(A). The failure to grant the requested exclusion of time would deny counsel
19 for the defendant and for the Government the reasonable time necessary for effective
20 preparation, taking into account the exercise of due diligence, and would result in a miscarriage
21 of justice. 18 U.S.C. §3161(h)(7)(B)(iv).

23     IT IS SO ORDERED.

25 DATED: __4/10/2009____            _____
                                     THE HONORABLE MARILYN HALL PATEL
26                                   United States District Judge

*IT IS SO ORDERED. Judge Marilyn H. Patel*

STIP. & [PROPOSED] ORDER EXCL.TIME
CR 09-0158 MHP                                                                              2