JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:    (415) 436-6840
   Facsimile:     (415) 436-7234
   Email: kevin.barry@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-0158 MHP |
| )   Plaintiff, ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| HILBER HERNANDEZ-GOMEZ, ) | |
| )   Defendant. ) | |

     On May 18, 2009, the parties in this case appeared before the Court for a status hearing. At that time, the parties requested, and the Court agreed, to ask the United States Probation Office to prepare a Modified Presentence Report, detailing the defendant's criminal history only, and to set the date for a change of plea and summary sentencing for July 6, 2009, at 10:00 a.m. The parties also agreed to exclude for this period of time any time limits applicable under 18 U.S.C. § 3161.  The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel, including review of the criminal history report. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties also agreed that the ends of justice served

STIP. & [PROPOSED] ORDER EXCL.TIME
CR 09-0158 MHP                                              1

1 by granting such an exclusion of time outweighed the best interests of the public and the
2 defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  At the hearing, the Court made findings
3 consistent with this agreement.

4

5     SO STIPULATED:
                                                JOSEPH P. RUSSONIELLO
6                                               United States Attorney

7

8 DATED: May 19, 2009                _____/s/_____
                                                KEVIN J. BARRY
9                                               Assistant United States Attorney

10

11 DATED: May 19, 2009               _____/s/_____
                                                LOREN G. STEWART
12                                              Attorney for HILBER HERNANDEZ-GOMEZ

13

14                            [PROPOSED] ORDER

15     For the reasons stated above and discussed at the May 18, 2009 hearing, the Court finds
16 that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from
17 May 18, 2009 through July 6, 2009 is warranted and that the ends of justice served by the
18 continuance outweigh the best interests of the public and the defendant in a speedy trial.  18
19 U.S.C. § 3161(h)(7)(A).  The failure to grant the requested exclusion of time would deny counsel
20 for the defendant and for the Government the reasonable time necessary for effective
21 preparation, taking into account the exercise of due diligence, and would result in a miscarriage
22 of justice.  18 U.S.C. § 3161(h)(7)(B)(iv).

23

24     IT IS SO ORDERED.

25

26 DATED:_ 5/20/09 _____              _____
                                                THE HONORABLE MARILYN H. PATEL
27                                              United States District Judge
28

IT IS SO ORDERED
Judge Marilyn H. Patel

STIP. & [PROPOSED] ORDER EXCL.TIME
CR 09-0158 MHP                                                                              2