| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | |
| 5 | KEVIN J. BARRY (CABN 229748)<br>Assistant United States Attorney |
| 6 | |

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 436-6840
    Facsimile:      (415) 436-7234
    Email: kevin.barry@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-0158 MHP |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER<br>EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| HILBER HERNANDEZ-GOMEZ, | ) | |
| Defendant. | ) | |

On July 6, 2009, the parties in this case appeared before the Court for what the parties initially set as a change of plea and summary sentencing. During the hearing, the parties requested, and the Court agreed, to postpone the change of plea and summary sentencing to July 27, 2009, at 10:00 a.m. The parties also agreed to exclude for this period of time any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation and continuity of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agreed that the ends of justice served by granting such an exclusion of time outweighed the best interests of the public and the defendant in a

1  speedy trial.  18 U.S.C. § 3161(h)(7)(A).  At the hearing, the Court made findings consistent
2  with this agreement.
3
4       SO STIPULATED:
                                              JOSEPH P. RUSSONIELLO
5                                             United States Attorney
6
7  DATED: July 6, 2009                        _____/s/_____
                                              KEVIN J. BARRY
8                                             Assistant United States Attorney
9
10 DATED: July 6, 2009                        _____/s/_____
                                              LOREN G. STEWART
11                                            Attorney for HILBER HERNANDEZ-GOMEZ
12
13                              [~~PROPOSED~~] ORDER
14       For the reasons stated above and discussed at the July 6, 2009 hearing, the Court finds
15 that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from July
16 6, 2009 through July 27, 2009 is warranted and that the ends of justice served by the continuance
17 outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §
18 3161(h)(7)(A).  The failure to grant the requested exclusion of time would deny counsel for the
19 defendant and for the Government the reasonable time necessary for effective preparation, taking
20 into account the exercise of due diligence, and would result in a miscarriage of justice.  18
21 U.S.C. § 3161(h)(7)(B)(iv).
22
23       IT IS SO ORDERED.
24
25 DATED:  7/7/2009
                                              _____
26                                            THE HONORABLE MARILYN HALL PATEL
                                              United States District Judge
27
28

STIP. & [PROPOSED] ORDER EXCL.TIME
CR 09-0158 MHP                                                                              2

*IT IS SO ORDERED* — Judge Marilyn H. Patel (stamp, United States District Court, Northern District of California)

```
 1  JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CABN 163973)
 3  Chief, Criminal Division

 4  KEVIN J. BARRY (CABN 229748)
    Assistant United States Attorney
 5
        450 Golden Gate Avenue, Box 36055
 6      San Francisco, California  94102
        Telephone:    (415) 436-6840
 7      Facsimile:    (415) 436-7234
        Email: kevin.barry@usdoj.gov
 8
 9  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-0158 MHP |
| Plaintiff, | ) ) | |
| v. | ) ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| HILBER HERNANDEZ-GOMEZ, | ) ) | ATTESTATION OF FILER |
| Defendant. | ) ) | |

In addition to myself, the other signatory to this document is <u>Loren G. Stewart</u>. I hereby attest that I have obtained his permission to file this document with his conformed signature.

DATED: July 6, 2009              /s/   Kevin J. Barry

                                KEVIN J. BARRY (CABN 229748)
                                Assistant United States Attorney
                                450 Golden Gate Avenue, Box 36055
                                San Francisco, California  94102
                                Telephone:    (415) 436-7071
                                Facsimile:    (415) 436-7234
                                Email: kevin.barry@usdoj.gov

CR 09-0158 MHP                                                                  1